UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  
Carlos Ayala  
Zelia Ayala  

Chapter 7  

Case No. 6:19-bk-06740  

Debtor(s).
_____/

## AMENDMENT TO DEBTOR'S STATEMENT OF INTENTION OF CHAPTER 7 BANKRUPTCY PETITION

Debtors, Carlos Ayala and Zelia Ayala, in the within cause, having filed an action under Chapter 7 of the United States Bankruptcy Code amend their Petition as follows:

**1. Individual Debtors' Statement of Intention is amended as attached.**

We, Carlos Ayala and Zelia Ayala, Debtors, in the above-styled cause declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of May 2020.

_____  
Carlos Ayala

_____  
Zelia Ayala

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing Amendment to Debtor's Statement of Intention of Chapter 7 Bankruptcy Petition has been furnished by electronic mail or U.S. Mail to U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; Beach, FL 32937; Lori Patton, Trustee, P.O. Box 520547, Longwood, Florida 32752 on this 22 day of May 2020.

Richard A. Heller, Esquire
Richard A. Heller, P.A.
611 N. Wymore Rd, Suite 219
Winter Park, Florida 32789
Telephone: 407/649-7700
Facsimile: 321-972-3123
Fla. Bar #612588

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Carlos Ayala | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Zelia Ayala | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:19-bk-06740 | | |

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7       12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Ally Financial<br><br>Description of property securing debt: 2017 Ford Focus ST 42014 miles VIN#1FADP3L99HL221492 | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: Caliber Home Loans, In<br><br>Description of property securing debt: 5895 State Rd 11 De Leon Springs, FL 32130  Volusia County<br>Legal Description: 17 15 30 S 636.55 FT OF N 3105.61 FT MEAS ON E/L OF E 1/2 OF E 1/2 E OF SR 11 PER OR 4474 PG 4262 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's Capital One Auto | ■ Surrender the property. | ■ No |

Official Form 108              Statement of Intention for Individuals Filing Under Chapter 7              page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | Carlos Ayala | | |
|---|---|---|---|
| Debtor 2 | Zelia Ayala | Case number (if known) | 6:19-bk-06740 |

| name: | ☐ Retain the property and redeem it. | ☐ Yes |
|---|---|---|
| Description of property securing debt: | 2014 Cadillac SRX 84512 miles VIN# 3GYFNDE3XES676228 | ☐ Retain the property and enter into a Reaffirmation Agreement. ☐ Retain the property and [explain]: |

**Part 2:** List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |

**Part 3:** Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Carlos Ayala
Carlos Ayala
Signature of Debtor 1

X /s/ Zelia Ayala
Zelia Ayala
Signature of Debtor 2

Date   May 12, 2020

Date   May 12, 2020